1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

10

11

12   ANTHONY PETTAWAY,                    ) ED CV 11-597-DDP (SH)
                                          )
13                                        ) JUDGMENT
                                          )
14                Petitioner,             )
                                          )
15        v.                              )
                                          )
16   TERRI GONZALEZ                       )
                                          )
17                Respondent.             )
     _____)

18
          IT IS ADJUDGED that the Petition for Writ of habeas Corpus is denied and
19
     the action is dismissed.
20
     DATED:   September 7, 2011
21

22

23                                   _____
                                          DEAN D. PREGERSON
24                                   UNITED STATES DISTRICT JUDGE

25

26

27

28

                                          1