UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| ANTHONY PETTAWAY, | ) ED CV 11-597-DDP (SH) |
| | ) JUDGMENT |
| Petitioner, | ) |
| v. | ) |
| TERRI GONZALEZ | ) |
| Respondent. | ) |

    IT IS ADJUDGED that the Petition for Writ of habeas Corpus is denied and the action is dismissed.

DATED: September 7, 2011

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE